IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEZIAH RIDGEWAY,<br>　　　　　Plaintiff,<br><br>v.<br><br>THE SCHOOL DISTRICT OF<br>PHILADELPHIA, *et al*<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  25CV2440 |

## O R D E R

**AND NOW**, this 13th day of January, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 19, 24) and Plaintiff's Response in Opposition thereto (ECF No. 20), and for the reasons set for in the Court's Memorandum of January 13, 2025, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED in part and DENIED in part** as follows:

1. Defendants' Motion is **GRANTED** with respect to the claim for intentional infliction of emotional distress against Philadelphia School District which is **DISMISSED WITH PREJUDICE.**

2. Defendants' Motion is **GRANTED** with respect to the following claims, which are **DISMISSED WITHOUT PREJUDICE**:

    a. The First Amendment Retaliation claims brought pursuant to 42 U.S.C. § 1983 against the Philadelphia School District, and Defendants Chapman, Hill, Jubilee, McCrimon, Rauch, and Watlington, in their official and individual capacities;

    b. The Fourteenth Amendment Due Process claims brought pursuant to 42 U.S.C. § 1983 against all Defendants;

    c. The Fourteenth Amendment Equal Protection claims brought pursuant to 42 U.S.C. § 1983 against the Philadelphia School District, and Defendants Crowder,

2

      Gordon, Hill, Jubilee, McCrimon, Rauch, Skinner, and Watlington, in their individual and official capacities; and,

   d. The Pennsylvania Whistleblower Law claim, brought under 43 Pa. C.S.A. §§1421 *et seq.*, against Defendants Chapman, Hill, Jubilee, McCrimmon, Rauch, and Watlington, in their official and individual capacities.

3. Defendants' Motion is **DENIED** in all other respects.

                                          **BY THE COURT:**

                                          **S/ WENDY BEETLESTONE**

                                          _____
                                          **WENDY BEETLESTONE, C.J.**