

DIRECT DIAL NUMBER:
(215) 575-7015

Marjorie M. Obod
mobod@dilworthlaw.com

March 18, 2026

**VIA ECF**

The Honorable Wendy Beetlestone
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:    **Keziah Ridgeway v. The School District of Philadelphia, 25-cv-2440**

Dear Chief Judge Beetlestone:

Pursuant to Your Honor's Policies and Procedures I(D) and III(C)(2), Defendants, The School District of Philadelphia (the "School District"), Tony Watlington, Lynn Rauch, Richard Gordon, Jeremy Grant-Skinner, Sabriya Jubilee, Michelle Chapman, and Omar Crowder (collectively, "Defendants"), respectfully request a conference to address a discovery dispute regarding the deposition of Plaintiff Keziah Ridgeway.

By way of background, counsel for Ms. Ridgeway unilaterally noticed his own client's deposition for January 30, 2026. Plaintiff's counsel did not identify any exigent need to take his own client's deposition, including, for example, any concerns regarding the preservation of testimony or the threat of witness unavailability.

Defendants did not oppose Plaintiff's deposition on January 30, 2026. Rather, Defendants consistently maintained their right to conduct their own deposition of Plaintiff, on a separate date, and with the full seven hours of examination permitted under Federal Rule of Civil Procedure 30. Defendants explained they could not conduct Plaintiff's deposition on January 30, 2026 because they would not receive Ms. Ridgeway's document production in advance of the deposition. Proceeding without those documents would prejudice Defendants' ability to prepare for and conduct a meaningful examination.

#125509602v1

Plaintiff's counsel ultimately agreed that Defendants could conduct a separate deposition of Plaintiff and proceeded to take his own client's deposition on January 30, 2026.

Regarding Defendants' deposition of Plaintiff, Plaintiff's counsel advised that Ms. Ridgeway had already taken a day off from work for her own counsel to take her deposition and did not want to take another day off of work for Defendants to question her. In an effort to accommodate Plaintiff, Defendants' counsel offered to depose Plaintiff on Saturday, March 21, 2026. Plaintiff agreed to this deposition date. Notably, Plaintiff's deposition was never formally noticed.

Shortly thereafter, School District in-house counsel indicated that they wanted to attend the deposition and were unavailable on a Saturday. Defendants' counsel immediately contacted Plaintiff's counsel to advise of the need to reschedule the deposition. Copies of Defendants' counsel correspondence with Plaintiff's counsel is attached as **Exhibit A**. Since on or before March 5, 2026, counsel for Defendants sent multiple emails and phone calls to Plaintiff's counsel attempting to confer regarding discovery issues, including alternate deposition dates for Plaintiff. *Id*.

On March 16, 2026, Defendants' counsel finally responded, rejected Defendants offer of alternate deposition dates, and took the position that any date besides Saturday, March 21, 2026 would be improper. Defendants have since proposed multiple alternate dates, all of which have been rejected without substantive justification. In short, Plaintiff now seeks to unilaterally impose conditions that undermine that right of Defendants to take Plaintiff's deposition and unreasonably restrict the scope and timing of discovery.

In accordance with Local Civil Rule 26.1(f), Defendants certify that counsel for the parties, after reasonable and good faith efforts and conferences, are unable to resolve this dispute. Accordingly, and pursuant to Your Honor's Policies and Procedures, Defendants respectfully request a brief conference with the Court in hopes of timely resolving this dispute and allowing discovery to proceed in a more efficient manner based on the resources and issues involved.

Respectfully submitted,

/s/ *Marjorie M. Obod*

Marjorie M. Obod

# EXHIBIT A

| | |
|---|---|
| **From:** | Obod, Marjorie L. |
| **Sent:** | Thursday, March 5, 2026 12:10 PM |
| **To:** | Spencer Hill; Persico, Margaret Spitzer |
| **Subject:** | RE: Ridgeway v. SDP et al, 025-cv-02440 |

Good afternoon Spencer,

Please let us know your availability for a call.  We need to reschedule Ms. Ridgeway's deposition and discuss discovery issues.  Thank you.

Best regards, Margie

**MARJORIE OBOD | DILWORTH PAXSON LLP**
**CO-CHAIR, LABOR AND EMPLOYMENT PRACTICE**
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: 215-575-7015 | Cell: (215) 205-5590
mobod@dilworthlaw.com | www.dilworthlaw.com

.

---

**From:** Spencer Hill <spencer@spencerhilllaw.com>
**Sent:** Monday, March 2, 2026 6:00 PM
**To:** Obod, Marjorie L. <mobod@dilworthlaw.com>; Persico, Margaret Spitzer <mpersico@dilworthlaw.com>
**Subject:** Ridgeway v. SDP et al, 025-cv-02440

**This message is from an external sender.**

---

Good afternoon, Counsel;
Please find the attached Plaintiff's Responses and Objections to Defendants' Interrogatories—SDP and Individuals-- and Plaintiff's Responses and Objections to Defendants' Requests for Production.

Sincerely,
Spencer A. Hill, Jr., Esq.
**The Law Office of Spencer Hill, PLLC**
215-313-7026
spencer@spencerhilllaw.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified

| | |
|---|---|
| **From:** | Obod, Marjorie L. |
| **Sent:** | Tuesday, March 10, 2026 11:05 AM |
| **To:** | Spencer Hill; Persico, Margaret Spitzer |
| **Subject:** | RE: Ridegway v. SDP, et al, 2:25-cv-02440 - Plaintiff's Second Production of Documents |

Hi Spencer,

Are you available for a call today regarding Ms. Ridgeway's deposition and discovery?  Let me know.  Thank you.

Best regards, Margie

**MARJORIE OBOD | DILWORTH PAXSON LLP**
**CO-CHAIR, LABOR AND EMPLOYMENT PRACTICE**
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: 215-575-7015 | Cell: (215) 205-5590
mobod@dilworthlaw.com | www.dilworthlaw.com

.

---

**From:** Spencer Hill <spencer@spencerhilllaw.com>
**Sent:** Sunday, March 8, 2026 12:06 PM
**To:** Obod, Marjorie L. <mobod@dilworthlaw.com>; Persico, Margaret Spitzer <mpersico@dilworthlaw.com>
**Subject:** Ridegway v. SDP, et al, 2:25-cv-02440 - Plaintiff's Second Production of Documents

**This message is from an external sender.**

---

Good Afternoon, Counsel;

Please find the link below containing Plaintiff, Keziah Ridgeway's, Second Production of Documents to Defendants. The link also contains the folder with the First Production, which was sent to you on February 7, 2026.

Please contact me if you have any trouble accessing the link.

PLTFS000350-000396 - Second Prod

1

Sincerely,
Spencer A. Hill, Jr., Esq.
**The Law Office of Spencer Hill, PLLC**
215-313-7026
spencer@spencerhilllaw.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**From:** Persico, Margaret Spitzer
**Sent:** Wednesday, March 11, 2026 10:48 AM
**To:** Spencer Hill
**Cc:** Obod, Marjorie L.
**Subject:** Ridgeway v. School District of Philadelphia, et al.

Hi Spencer,

Hope all is well.

As a follow-up to Margie's voicemail, do you have any availability at 11:30am for a brief call on discovery in this matter? If there is a better time, please let us know.

Thank you,
Maggie

MARGARET SPITZER PERSICO | DILWORTH PAXSON LLP
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: (215) 575-7264 | Cell: (267) 994-7544 | Fax: (215) 754-4603
mpersico@dilworthlaw.com | www.dilworthlaw.com

**From:**          Persico, Margaret Spitzer
**Sent:**          Sunday, March 15, 2026 1:06 PM
**To:**            Spencer Hill; Obod, Marjorie L.
**Subject:**       Re: Ridgeway v. SDP, et al, 2:25-cv-02440 -- Plaintiff's Third Production of Documents

Thanks, Spencer.

Do you have availability for a call tomorrow regarding deposition scheduling?

---

**From:** Spencer Hill <spencer@spencerhilllaw.com>
**Sent:** Sunday, March 15, 2026 1:04:19 PM
**To:** Obod, Marjorie L. <mobod@dilworthlaw.com>; Persico, Margaret Spitzer <mpersico@dilworthlaw.com>
**Subject:** Ridgeway v. SDP, et al, 2:25-cv-02440 -- Plaintiff's Third Production of Documents

**This message is from an external sender.**

---

Good afternoon, Counsel:

Please find the link below, which contains Plaintiff Keziah Ridgeway's Third Production of Documents to Defendants.

The link also contains the folders for the first two production from February 7, 2026 and March 8, 2026.

Please let me know if you have any trouble with the link.

[PLTFS 000397 - 000545 - Third Prod](#)

Sincerely,
Spencer A. Hill, Jr., Esq.
**The Law Office of Spencer Hill, PLLC**
215-313-7026
spencer@spencerhilllaw.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**From:**         Obod, Marjorie L.
**Sent:**         Sunday, March 15, 2026 1:50 PM
**To:**           Spencer Hill; Persico, Margaret Spitzer
**Subject:**      RE: Ridgeway v. SDP, et al, 2:25-cv-02440 -- Plaintiff's Third Production of Documents

Hi Spencer,

Thank you.  We will let you know if we may access the documents.

We have been trying to reach you to schedule a meet and confer on discovery, including scheduling Ms. Ridgeway's deposition and timing issues relating to our responses and production.  Please let us know if you are available at 2 pm tomorrow, March 16th , or if there is a better day/time.

We look forward to the opportunity to speak and were concerned.  Thank you.

Best regards, Margie

MARJORIE OBOD | DILWORTH PAXSON LLP
CO-CHAIR, LABOR AND EMPLOYMENT PRACTICE
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: 215-575-7015 | Cell: (215) 205-5590
mobod@dilworthlaw.com | www.dilworthlaw.com

.

---

**From:** Spencer Hill <spencer@spencerhilllaw.com>
**Sent:** Sunday, March 15, 2026 1:04 PM
**To:** Obod, Marjorie L. <mobod@dilworthlaw.com>; Persico, Margaret Spitzer <mpersico@dilworthlaw.com>
**Subject:** Ridgeway v. SDP, et al, 2:25-cv-02440 -- Plaintiff's Third Production of Documents

**This message is from an external sender.**

---

Good afternoon, Counsel:

Please find the link below, which contains Plaintiff Keziah Ridgeway's Third Production of Documents to Defendants.

The link also contains the folders for the first two production from February 7, 2026 and March 8, 2026.

Please let me know if you have any trouble with the link.

1

PLTFS 000397 - 000545 - Third Prod

Sincerely,
Spencer A. Hill, Jr., Esq.
**The Law Office of Spencer Hill, PLLC**
215-313-7026
spencer@spencerhilllaw.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

| | |
|---|---|
| **From:** | Obod, Marjorie L. |
| **Sent:** | Monday, March 16, 2026 12:50 PM |
| **To:** | spencer@spencerhilllaw.com |
| **Cc:** | Ghormoz, Claire Blewitt; Persico, Margaret Spitzer |
| **Subject:** | Ridgeway v. School District of Philadelphia, et al - Deposition Scheduling |
| **Attachments:** | Ridgeway_SDP_Notice of Deposition to Plaintiff_2026.03.16(125508117.1).pdf |

Counsel,

I am writing regarding the scheduling of Plaintiff's deposition. As you previously indicated that Plaintiff did not wish to take a day off from work to appear for deposition, we attempted to accommodate that request by offering Saturday, March 21, 2026 because I was originally supposed to be on a pre-scheduled vacation during the School District's spring recess period. To be clear, this deposition was never formally noticed.

However, we subsequently learned that School District counsel would like to be present for the deposition and would be unable to attend a Saturday deposition.  As a result, we immediately contacted you on March 5, 2026 to request additional dates for the deposition so that all necessary counsel could attend. Since that time, we have sent you multiple emails and placed several phone calls attempting to confer with you regarding alternate dates for Plaintiff and scheduling for the five witnesses you seek to depose. We received no response until today, when you indicated that your client is only able to be deposed on Saturday, March 21, 2026.

Given the circumstances, and in the interest of moving discovery forward while ensuring that all appropriate counsel can attend, we are available to conduct Plaintiff's deposition on the following dates:

- March 30-April 3, 2026
- April 6-12, 2026
- April 13-17, 2026

Attached is a formal notice for April 6th, that we will modify once we confirm whether Plaintiff is available on any of these dates.  Otherwise, please confirm asap if it remains your position that Plaintiff will only appear for a deposition on this Saturday. With respect to the depositions of Oz Hill, Jeremy Grant-Skinner, Michelle Chapman, Richard Gordon, and Omar Crowder, please let us know your availability April 7th through April 12th and whether you are amenable to two depositions in a day.

1

We look forward to your prompt response so that we may finalize a mutually agreeable date or seek intervention from the Court.  Due to the timing, it will be helpful to have a response today or asap.

Thank you, Margie


MARJORIE OBOD | DILWORTH PAXSON LLP
CO-CHAIR, LABOR AND EMPLOYMENT PRACTICE
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: 215-575-7015 | Cell: (215) 205-5590
mobod@dilworthlaw.com | www.dilworthlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| KEZIAH RIDGEWAY, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 2:25-cv-02440-WB |
| | : |
| THE SCHOOL DISTRICT OF | : |
| PHILADELPHIA, et al., | : |
| | : |
| Defendants. | : |
| | : |

**NOTICE OF DEPOSITION OF KEZIAH RIDGEWAY**

To:   Spencer A. Hill, Esquire
      **The Law Office of Spencer Hill, PLLC**
      215-313-7026
      spencer@spencerhilllaw.com

**PLEASE TAKE NOTICE** that pursuant Rule 30(b)(1), the Defendant the School District of Philadelphia by and through its undersigned counsel, will take the deposition upon oral examination of Keziah Ridgeway.

The deposition will take place before a Notary Public or other person authorized by law to administer oaths at 9:00 a.m. on Monday, April 6, 2026, at Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103. The deposition will be recorded by stenographic means. The deposition will continue from day to day until completed. You are invited to attend and participate in said deposition(s) to the extent permitted by the applicable rules of court.

Dated: March 16, 2026

**DILWORTH PAXSON LLP**

*/s/ Marjorie M. Obod*

Marjorie M. Obod (PA 47531)
mobod@dilworthlaw.com
1650 Market Street, Suite 1200
Philadelphia, PA 19103
(215) 575-7000
(215)  754-4603(Fax)
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                         |   |                        |
|-----------------------------------------|---|------------------------|
| KEZIAH RIDGEWAY,                        | : |                        |
|                                         | : |                        |
|                        Plaintiff,       | : |                        |
|                                         | : |                        |
|                        v.               | : | No. 2:25-cv-02440-WB   |
|                                         | : |                        |
| THE SCHOOL DISTRICT OF                  | : |                        |
| PHILADELPHIA, et al.,                   | : |                        |
|                                         | : |                        |
|                        Defendants.      | : |                        |
|                                         | : |                        |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Deposition of Keziah Ridgeway to be served to below counsel via electronic mail.

Spencer A. Hill, Esquire
**The Law Office of Spencer Hill, PLLC**
215-313-7026
spencer@spencerhilllaw.com
*Counsel for Plaintiff*

Date: March 16, 2026                    */s/ Marjorie Obod*
                                        Marjorie  Obod