**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEZIAH RIDGEWAY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 2:25-cv-02440-WB |
| | : |
| THE SCHOOL DISTRICT OF | : |
| PHILADELPHIA, et al | : |
| | : |
| Defendants. | : |
| | : |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Ira N. Richards, Esquire on behalf of Defendants, The

School District of Philadelphia, Tony B. Watlington, Lynn Rauch, Richard Gordon, Jeremy

Grant Skinner, Subriya Jubilee, Michelle Chapman, Nadia Mccrimon, and Omar Crowder in the

above-captioned matter.

**DILWORTH PAXSON LLP**

Dated: March 19, 2026        By: */s/ Ira N. Richards*
Ira N. Richards, Esquire
PA ID 50879
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Fax: (215) 754-4603
irichards@dilworthlaw.com

*Attorneys for Defendants, The School District of*
*Philadelphia, Tony B. Watlington, Lynn Rauch,*
*Richard Gordon, Jeremy Grant Skinner,*
*Subriya Jubilee, Michelle Chapman, Nadia*
*Mccrimon, and Omar Crowder*

#125513977v1

## CERTIFICATE OF SERVICE

I, Ira N. Richards certify that on the 19th day of March, 2026, I caused the foregoing Notice

of Appearance to be filed, served, and made available for viewing and downloading from the C/M

ECF System on all counsel of record.

**DILWORTH PAXSON LLP**

Dated: March 19, 2026                    By: */s/ Ira N. Richards*
                                             Ira N. Richards, Esquire
                                             PA ID 50879
                                             Dilworth Paxson LLP
                                             1650 Market Street, Suite 1200
                                             Philadelphia, PA 19103
                                             Telephone: (215) 575-7000
                                             Fax: (215) 754-4603
                                             irichards@dilworthlaw.com

                                             *Attorney for Defendants, The School District of*
                                             *Philadelphia, Tony B. Watlington, Lynn Rauch,*
                                             *Richard Gordon, Jeremy Grant Skinner,*
                                             *Subriya Jubilee, Michelle Chapman, Nadia*
                                             *Mccrimon, and Omar Crowder*

#125513977v1