**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| KEZIAH RIDGEWAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:25-cv-02440-WB |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**JOINT MOTION TO AMEND SCHEDULING ORDER (ECF NO. 26)**

Plaintiff, Keziah Ridgeway ("Plaintiff" or "Ms. Ridgeway"), and Defendants, The School District of Philadelphia (the "School District"), Tony Watlington, Lynn Rauch, Richard Gordon, Jeremy Grant-Skinner, Sabriya Jubilee, Michelle Chapman, and Omar Crowder (collectively, "Defendants") (collectively the "Parties"), by and through their respective undersigned counsel, move this Honorable Court to enter an Order in the form proposed herewith, amending the Court's Scheduling Order (ECF No. 26), so as to provide the Parties with additional time to complete all discovery. In support thereof, the Parties state as follows:

1.      On May 13, 2025, Plaintiff initiated this action asserting causes of action for (I) First and Fourteen Amendment Retaliation under 42 U.S.C. § 1983; (II) Violations of First and Fourteenth Amendments – Due Process; (III) Violation of the Fourteenth Amendment – Equal Protection; (IV) Intentional Infliction of Emotional Distress; and (V) Pennsylvania Whistleblower Law. (ECF No. 1).

2.      On June 24, 2025, and at the direction of the Court, Plaintiff filed her current First Amended Complaint, revising the Complaint solely to correct the caption to include the names of the individual defendants (ECF No. 10).

3.      On June 25, 2025, the Court issued a Scheduling Order, which includes *inter alia* the following pretrial timetable (the "Scheduling Order"):

- All fact discovery shall be completed by **February 18, 2026**;

- Any expert reports are due no later than **March 20, 2026**;

- Expert reports intended solely to contradict or rebut evidence on the same subject matter identified by another party …[shall be due] no later than **April 20, 2026**;

- Any discovery depositions of expert witnesses shall be completed by **May 20, 2026;**

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **June 22, 2026.**

(ECF No. 14)

4.      No trial date has been set. (ECF No. 14).

5.      On August 4, 2025, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss").

6.      On November 18, 2025, the Parties participated in a settlement conference before Magistrate Judge Scott W. Reid.

7.      Although the settlement conference did not result in a resolution, counsel for the Parties continue to engage in meaningful settlement discussions in an effort to resolve this matter without further litigation.

8.      Since the issuance of the Scheduling Order, the Parties have engaged in discovery, including responses to written discovery requests and meet-and-confers to discuss discovery issues, deposition scheduling, and to promote efficiency in the document review process.

9.      The Parties still need to complete a total of at least seven (7) depositions, including those of Plaintiff, five (5) School District individual defendants, and a Rule 30(b)(6) designee for the School District.

10.     The Parties filed a Joint Motion for Extension of Time to Complete Discovery. (ECF No. 25). On January 8, 2026, the Court amended the Scheduling Order, which includes *inter alia* the following pretrial timetable:

- All fact discovery shall be completed by **April 17, 2026**;

- Any expert reports are due no later than **May 20, 2026**;

- Expert reports intended solely to contradict or rebut evidence on the same subject matter identified by another party …[shall be due] no later than **June 19, 2026**;

- Any discovery depositions of expert witnesses shall be completed by **July 20, 2026;**

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **August 21, 2026.**

(ECF No. 26).

11.     On January 13, 2026, the Court granted in part and denied in part Defendants' Motion to Dismiss. (ECF No. 28, 29).

12.     The Parties have been proceeding in good faith and have made meaningful progress however, circumstances affecting the representation of Plaintiff have changed as Plaintiff's counsel has experienced significant health issues necessitating additional support in the representation of Plaintiff in this matter.

13.     As a result, new counsel has recently been retained and is in the process of reviewing the case file, discovery exchanges, and the overall procedural poster of the matter.

14.     Accordingly, the Parties respectfully request an extension of the current discovery deadlines to allow a fair and orderly continuation of the proceedings in this matter without prejudice to any party.

15.     In light of the foregoing, the Parties respectfully request that the Court issue an Amended Scheduling Order, which includes the following revised pretrial timetable:

- All fact discovery shall be completed by **June 17, 2026**;

- Any expert reports are due no later than **July 20, 2026**;

- Expert reports intended solely to contradict or rebut evidence on the same subject matter identified by another party …[shall be due] no later than **August 19, 2026**;

- Any discovery depositions of expert witnesses shall be completed by **August 20, 2026**;

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **September 21, 2026.**

16.     The Parties respectfully submit that good cause exists for the Parties' request because: (i) the Parties are working diligently and in good faith to collect and produce all relevant discovery (including ESI) and complete fact witness depositions, but need additional time to do so for the reasons discussed herein; and (ii) the relief sought herein will aid the Parties to develop a fulsome record and have Plaintiff's claims adjudicated on the merits.

**WHEREFORE**, the Parties respectfully request that the Court grant this Motion and enter an Order in the form proposed herewith.

Respectfully submitted,

| | |
|---|---|
| **ACE LAW, LP** | **DILWORTH PAXSON LLP** |
| By: */s/Mu'min Islam* | By: */s/Marjorie Obod* |

#125389695v2

Mu'min F. Islam, Esquire
muk@myacelaw.com
7000 Central Parkway,
Suite 1100
Atlanta, GA 30328
Telephone: (404) 665-3144
Fax: (404) 800-5138

Marjorie L. Obod, Esquire
1650 Market Street,
Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Fax: (215) 575-7200
mobod@dilworthlaw.com
*Attorney for Defendants*

Dated April 9, 2026

Dated: April 9, 2026

#125389695v2

|                              |   |                       |
|------------------------------|---|-----------------------|
| KEZIAH RIDGEWAY,             | : |                       |
|                              | : |                       |
| Plaintiff,                   | : |                       |
|                              | : |                       |
| v.                           | : | No. 2:25-cv-02440-WB  |
|                              | : |                       |
| THE SCHOOL DISTRICT OF       | : |                       |
| PHILADELPHIA, et al.,        | : |                       |
|                              | : |                       |
| Defendants.                  | : |                       |

**AND NOW,** on this _____ day of _____, 2026, upon consideration of the

Parties' Joint Motion to Amend Scheduling Order (ECF No. 26), which is certified as uncontested,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED.**

   **IT IS FURTHER ORDERED** that:

   1.   The pretrial timetable set forth in the Court's Scheduling Order (ECF No. 14) shall

be and is hereby amended as follows:

- All fact discovery shall be completed by **June 17, 2026**;

- Any expert reports are due no later than **July 20, 2026**;

- Expert reports intended solely to contradict or rebut evidence on the same subject matter identified by another party …[shall be due] no later than **August 19, 2026**;

- Any discovery depositions of expert witnesses shall be completed by **August 20, 2026**;

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **September 21, 2026.**

   2.   Except as expressly set forth at Paragraph 1 of this Order, the Court's Scheduling

Order (ECF No. 26) is otherwise unchanged and shall remain in full force and effect.

**SO ORDERED BY THE COURT:**

_____
The Honorable Wendy Beetlestone, Chief J.

#125389695v2