**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| KEZIAH RIDGEWAY,<br><br>               Plaintiff,<br><br>        v.<br><br>THE SCHOOL DISTRICT OF<br>PHILADELPHIA, et al.,<br><br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: No. 2:25-cv-02440-WB<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION TO AMEND SECOND AMENDED SCHEDULING ORDER
(ECF NO. 43)**

Plaintiff, Keziah Ridgeway ("Plaintiff" or "Ms. Ridgeway"), and Defendants, The School District of Philadelphia (the "School District"), Tony Watlington, Lynn Rauch, Richard Gordon, Jeremy Grant-Skinner, Sabriya Jubilee, Michelle Chapman, and Omar Crowder (collectively, "Defendants") (collectively the "Parties"), by and through their respective undersigned counsel, move this Honorable Court to enter an Order in the form proposed herewith, amending the Court's Second Amended Scheduling Order (ECF No. 43), so as to provide the Parties with additional time to complete all discovery. In support thereof, the Parties state as follows:

1.      On May 13, 2025, Plaintiff initiated this action asserting causes of action for (I) First and Fourteen Amendment Retaliation under 42 U.S.C. § 1983; (II) Violations of First and Fourteenth Amendments – Due Process; (III) Violation of the Fourteenth Amendment – Equal Protection; (IV) Intentional Infliction of Emotional Distress; and (V) Pennsylvania Whistleblower Law. (ECF No. 1).

2. On June 24, 2025, and at the direction of the Court, Plaintiff filed her current First Amended Complaint, revising the Complaint solely to correct the caption to include the names of the Individual Defendants (ECF No. 10).

3. On June 25, 2025, the Court issued a Scheduling Order. (ECF No. 14).

4. On August 4, 2025, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss").

5. On November 18, 2025, the Parties participated in a settlement conference before Magistrate Judge Scott W. Reid. Although the settlement conference did not result in a resolution, counsel for the Parties continue to engage in meaningful settlement discussions in an effort to resolve this matter without further litigation.

6. The Parties filed a Joint Motion for Extension of Time to Complete Discovery. (ECF No. 25). On January 8, 2026, the Court amended the Scheduling Order. (ECF No. 26).

7. On January 13, 2026, this Court granted in part and denied in part the Motion to Dismiss. (ECF No. 28).

8. Defendants filed an Answer to Plaintiff's Amended Complaint on February 10, 2026. (ECF No. 33).

9. Defendants filed a Motion for Judgment on the Pleadings on March 30, 2026, seeking dismissal of many of Plaintiff's remaining claims against Individual Defendants. (ECF No. 39).

10. On April 9, 2026, the Parties filed a Joint Motion to Amend Scheduling Order (ECF No. 26) in order to address outstanding discovery issues and complete necessary pre-deposition coordination. (ECF No. 42). On April 13, 2026, the Court issued a Second Amended Scheduling Order, which includes *inter alia* the following pretrial timetable:

- All fact discovery shall be completed by **June 17, 2026**;

- Any expert reports are due no later than **July 20, 2026**;

- Expert reports intended solely to contradict or rebut evidence on the same subject matter identified by another party … [shall be due] no later than **August 19, 2026**;

- Any discovery depositions of expert witnesses shall be completed by **August 20, 2026**;

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **September 21, 2026.**

(ECF No. 43).

11.    No trial date has been set. (ECF No. 43).

12.    Since the issuance of the Second Amended Scheduling Order, the Parties have engaged in further briefing on the arguments set forth in Defendants' Motion for Judgment on the Pleadings and further discovery, including making document productions and scheduling depositions.

13.    Plaintiff filed a Response in Opposition to Defendants' Motion for Judgment on the Pleadings on April 27, 2026. (ECF No. 47).

14.    On May 4, 2026, Defendants filed a Reply Brief in Support of Defendants' Motion for Judgment on the Pleadings. (ECF No. 48). The Parties acknowledge that resolution of this Motion may further narrow the claims and issues remaining in dispute.

15.    Additionally, and as this Court is aware, issues involving the potential preclusion of privileged material arose during the discovery process. These issues required the Parties' immediate and focused attention and necessitated the postponement of Plaintiff's deposition pending resolution. Since these issues emerged, the Parties met and conferred on numerous

occasions. The Parties are continuing to productively work through these issues in good faith and with diligence toward narrowing disagreements and reaching agreement where possible.

16.     The depositions of Plaintiff and five (5) School District Individual Defendants have been scheduled to ensure that the Parties continue to move the case forward and are prepared to proceed with these depositions as soon as the outstanding issues are resolved.

17.     In light of the foregoing, and in order to allow the Parties additional time to address the outstanding discovery issues and complete necessary pre-deposition coordination, the Parties respectfully request an extension of the current discovery deadlines to allow a fair and orderly continuation of the proceedings in this matter without prejudice to any party.

18.     The Parties respectfully request that the Court issue an Amended Scheduling Order, which includes the following revised pretrial timetable:

- All fact discovery shall be completed by **August 17, 2026**;

- Any expert reports are due no later than **September 20, 2026**;

- Expert reports intended solely to contradict or rebut evidence on the same subject matter identified by another party …[shall be due] no later than **October 19, 2026**;

- Any discovery depositions of expert witnesses shall be completed by **October 20, 2026**;

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **November 21, 2026.**

19.     The Parties respectfully submit that good cause exists for the Parties' request because: (i) the Parties are working diligently and in good faith to collect and produce all relevant discovery (including ESI) and complete fact witness depositions, but need additional time to do so

4

for the reasons discussed herein; and (ii) the relief sought herein will aid the Parties to develop a

fulsome record and have Plaintiff's claims adjudicated on the merits.

**WHEREFORE**, the Parties respectfully request that the Court grant this Motion and enter an

Order in the form proposed herewith.

Respectfully submitted,

| THE LAW OFFICE OF SPENCER HILL LAW, PLLC | ACE LAW, LP | DILWORTH PAXSON LLP |
|---|---|---|
| By: */s/Spencer Hill*<br>Spencer A. Hill, Jr., Esquire<br>Spencer@spencerhilllaw.com<br>1628 W. Thompson Street<br>Suite 1<br>Philadelphia, PA 19121<br>Telephone: (215) 313-7026<br>*Attorney for Plaintiff*<br><br>Dated: May 21, 2026 | By: */s/Mu'min Islam*<br>Mu'min F. Islam, Esquire<br>muk@myacelaw.com<br>7000 Central Parkway,<br>Suite 1100<br>Atlanta, GA 30328<br>Telephone: (404) 665-3144<br>Fax: (404) 800-5138<br>*Attorney for Plaintiff*<br><br>Dated: May 21, 2026 | By: */s/Marjorie Obod*<br>Marjorie L. Obod, Esquire<br>1650 Market Street,<br>Suite 1200<br>Philadelphia, PA 19103<br>Telephone: (215) 575-7000<br>Fax: (215) 575-7200<br>mobod@dilworthlaw.com<br>*Attorney for Defendants*<br><br>Dated: May 21, 2026 |

KEZIAH RIDGEWAY,                          :
                                          :
                    Plaintiff,            :
                                          :
          v.                              :    No. 2:25-cv-02440-WB
                                          :
THE SCHOOL DISTRICT OF                    :
PHILADELPHIA, et al.,                     :
                                          :
                    Defendants.           :

**AND NOW,** on this _____ day of _____, 2026, upon consideration of the

Parties' Joint Motion to Amend Scheduling Order (ECF No. 43), which is certified as uncontested,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED.**

  **IT IS FURTHER ORDERED** that:

1. The pretrial timetable set forth in the Court's Scheduling Order (ECF No. 43) shall

be and is hereby amended as follows:

- All fact discovery shall be completed by **August 17, 2026**;

- Any expert reports are due no later than **September 20, 2026**;

- Expert reports intended solely to contradict or rebut evidence on the same subject matter identified by another party …[shall be due] no later than **October 19, 2026**;

- Any discovery depositions of expert witnesses shall be completed by **October 20, 2026**;

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **November 21, 2026.**

2. Except as expressly set forth at Paragraph 1 of this Order, the Court's Scheduling

Order (ECF No. 43) is otherwise unchanged and shall remain in full force and effect.

**SO ORDERED BY THE COURT:**

      _____
      The Honorable Wendy Beetlestone, Chief J.

6