**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KEZIAH RIDGEWAY,** | **CIVIL ACTION** |
|       **Plaintiff,** | |
| **v.** | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** *et al* | **NO.  25CV2440** |
|       **Defendants.** | |

## O R D E R

**AND NOW**, this 29th day of June, 2026, upon consideration of Defendants' Motion for Judgment on the Pleadings (ECF No. 39, 48) and Plaintiff's Response in Opposition thereto (ECF No. 47), and for the reasons set for in the Court's Memorandum of June 29, 2026, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED** with respect to the claims for intentional infliction of emotional distress against Defendant Watlington and Defendant Rauch, which are **DISMISSED WITH PREJUDICE**.

2. Defendants' Motion is **GRANTED** with respect to the claims for intentional infliction of emotional distress against all other Defendants, which are **DISMISSED WITHOUT PREJUDICE**.

3. Defendants' Motion is **DENIED** in all other respects.

                                            **BY THE COURT:**

                                         **/s/ Wendy Beetlestone**
                                     **WENDY BEETLESTONE, C.J.**