**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEZIAH RIDGEWAY,<br><br>Plaintiff,<br><br>v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHIA, et al<br><br>Defendants. | : | No. 2:25-cv-02440-WB |

**[PROPOSED] ORDER**

**AND NOW**, on this _____ day of _______________, 2026, upon consideration of Defendants' Unopposed Motion for Leave to File a Memorandum of Law in Support of Motion for Summary Judgement in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendants may file a Memorandum of Law in Support of their Motion for Summary Judgment not to exceed fifty (50) pages.

**BY THE COURT:**

_________________________________
The Honorable Wendy Beetlestone,
Chief United States District Judge for the
Eastern District of Pennsylvania

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEZIAH RIDGEWAY, Plaintiff, | : | |
| v. | : | No. 2:25-cv-02440-WB |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al Defendants. | : | |

**DEFENDANTS THE SCHOOL DISTRICT OF PHILADELPHIA, RICHARD GORDON, JEREMY GRANT-SKINNER, MICHELLE CHAPMAN, AND OMAR CROWDER'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT**

Defendants the School District of Philadelphia (the "School District"), Richard Gordon, Jeremy Grant-Skinner, Michelle Chapman, and Omar Crowder ("Defendants") respectfully seek leave of the Court to file a Memorandum of Law in Support of their Motion for Summary Judgment under Federal Rule of Civil Procedure 56 that exceeds the thirty (30) page limit set by Section IV.A. of Your Honor's Policies and Procedures for Civil Cases.

On June 24, 2025, Plaintiff filed a forty-two (42) page Amended Complaint against the School District and nine (9) individual defendants, asserting five (5) counts. (ECF No. 12.) Following the Court's rulings on Defendants' Motion to Dismiss (ECF No. 27) and Motion for Judgment on the Pleadings (ECF No. 53), three claims remain against five Defendants: (1) First Amendment retaliation under 42 U.S.C. § 1983 against Defendants Grant-Skinner, Gordon, and Crowder; (2) denial of equal protection under 42 U.S.C. § 1983 against Defendant Chapman; and

(3) violation of the Pennsylvania Whistleblower Law, 43 P.S. § 1421 *et seq.*, against the School District and Defendants Grant-Skinner, Gordon, and Crowder.

Although the claims have narrowed, Defendants' Motion for Summary Judgment must address each remaining claim as to each Defendant on the full record developed in discovery, including deposition testimony and documentary evidence. The three remaining claims rest on different legal theories and different facts. The retaliation claim concerns the conduct of three individual Defendants over a period of more than a year and requires a separate showing as to each. The Equal Protection claim against a fourth Defendant turns on a distinct set of facts involving the treatment of other employees. The Whistleblower Law claim arises under a state statute with its own requirements and defenses and is asserted against the District as well as three individual Defendants. Presenting these issues for all five Defendants in a single memorandum, rather than in separate motions, will promote judicial economy and spare the Court duplicative briefing.

Defendants do not believe they can adequately address these issues within thirty (30) pages. Accordingly, on November 10, 2026, Defendants' counsel conferred with Plaintiff's counsel, who does not object to Defendants' request to seek leave for additional pages.

For these reasons, Defendants respectfully request that the Court grant this Motion and permit Defendants to file a Memorandum of Law in Support of their Motion for Summary Judgment not to exceed fifty (50) pages.

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(b)</u>

Pursuant to Local Rule 7.1(b), undersigned counsel certifies that this Motion is uncontested because counsel for Plaintiff has consented to the requested relief.

Respectfully submitted,

Date: November 11, 2026

_/s/ Marjorie McMahon Obod_
Marjorie McMahon Obod
DILWORTH PAXSON LLP
1650 Market Street, Suite 1200
Philadelphia, Pennsylvania 19103
(215) 575-7000

*Attorney for Defendants, School District of Philadelphia, Richard Gordon, Jeremy Grant-Skinner, Michelle Chapman, and Omar Crowder*

**CERTIFICATE OF SERVICE**

I, Marjorie McMahon Obod, hereby certify that on the 11th day of November, 2026, I caused the foregoing Motion to be filed electronically through the Court's ECF system, where it is available for viewing and downloading. The Motion was served on all parties via the Court's ECF system.

Date: November 11, 2026

*/s/ Marjorie McMahon Obod*

Marjorie McMahon Obod
DILWORTH PAXSON LLP
1650 Market Street, Suite 1200
Philadelphia, Pennsylvania 19103
(215) 575-7000

*Attorney for Defendants, School District of Philadelphia, Richard Gordon, Jeremy Grant-Skinner, Michelle Chapman, and Omar Crowder*