**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEZIAH RIDGEWAY, | : | |
| Plaintiff, | : | |
| v. | : | No. 2:25-cv-02440-WB |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**JOINT MOTION TO AMEND THIRD AMENDED SCHEDULING ORDER (ECF NO. 52)**

Plaintiff, Keziah Ridgeway ("Plaintiff" or "Ms. Ridgeway"), and Defendants, The School District of Philadelphia (the "School District"), Richard Gordon, Jeremy Grant-Skinner, Michelle Chapman, and Omar Crowder (collectively, "Defendants") (collectively the "Parties"), by and through their respective undersigned counsel, move this Honorable Court to enter an Order in the form proposed herewith, amending the Court's Third Amended Scheduling Order (ECF No. 52), to provide the parties with a brief extension of the deadline to file motions for summary judgment and *Daubert* motions. In support thereof, the Parties state as follows:

1. Pursuant to the Court's Third Amended Scheduling Order, the current deadline for filing motions for summary judgment and *Daubert* motions is November 21, 2026. (ECF No. 52).

2. On November 13, 2026, the parties participated in a settlement conference before the Honorable Scott W. Reid, United States Magistrate Judge, to explore the possibility of resolving this matter without further litigation.

3. During the settlement conference, Judge Reid suggested that Defendants file the instant Motion to provide additional time for the parties to explore a potential resolution before proceeding with dispositive motion practice.

4. Accordingly, the parties respectfully request that the Court extend the deadline for filing motions for summary judgment and *Daubert* motions through December 3, 2026, one week after Thanksgiving.

5. Good cause exists for the requested extension as the parties are actively exploring the possibility of resolving this matter, and the requested extension would afford them additional time to pursue those discussions before incurring the substantial time and expense associated with finalizing and filing dispositive and expert related motions and related responses. A brief extension would allow the parties to devote their immediate attention to determining whether a negotiated resolution can be achieved.

6. The requested extension is modest, limited in scope, and sought in good faith, not for purposes of delay. The parties respectfully submit that the extension will not unduly prejudice any party.

7. Plaintiffs consent to the relief requested herein.

**WHEREFORE**, the Parties respectfully request that the Court grant this Motion and enter an Order in the form proposed herewith.

**THE LAW OFFICE OF SPENCER HILL LAW, PLLC**

By: */s/Spencer Hill*
Spencer A. Hill, Jr., Esquire
Spencer@spencerhilllaw.com
1628 W. Thompson Street
Suite 1
Philadelphia, PA 19121
Telephone: (215) 313-7026
*Attorney for Plaintiff*

Dated: November 16, 2026

**DILWORTH PAXSON LLP**

By: */s/Marjorie Obod*
Marjorie L. Obod, Esquire
1650 Market Street,
Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Fax: (215) 575-7200
mobod@dilworthlaw.com
*Attorney for Defendants*

Dated: November 16, 2026

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 7.1(b)**

I, the undersigned counsel for Defendants, hereby certify that I have conferred with counsel for Plaintiffs regarding the relief requested in the foregoing Motion, and Plaintiff's counsel has advised that Plaintiff does not oppose the requested extension. Accordingly, pursuant to Local Civil Rule 7.1(b) of the United States District Court for the Eastern District of Pennsylvania, the foregoing Motion is uncontested.

Respectfully submitted,

Date: November 16, 2026

*/s/ Marjorie McMahon Obod*
Marjorie McMahon Obod
DILWORTH PAXSON LLP
1650 Market Street, Suite 1200
Philadelphia, Pennsylvania 19103
(215) 575-7000

*Attorney for Defendants, School District of Philadelphia, Richard Gordon, Jeremy Grant-Skinner, Michelle Chapman, and Omar Crowder*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEZIAH RIDGEWAY,<br><br>Plaintiff,<br><br>v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHIA, et al.,<br><br>Defendants. | No. 2:25-cv-02440-WB |

**[PROPOSED] ORDER**

**AND NOW**, on this _____ day of November, 2026, upon consideration of the Parties' Joint Motion to Amend Third Amended Scheduling Order (ECF No. 52), which is certified as uncontested, **IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED**, and the deadlines set forth in the Third Amended Scheduling Order entered on May 26, 2026 (ECF No. 52) are **AMENDED** as follows:

- Any motions for summary judgment and/or Daubert motions shall be filed and served on or before **December 3, 2026**.

Except as expressly set forth in this Order, the Court's Scheduling Order (ECF No. 52) is otherwise unchanged and shall remain in full force and effect.

**SO ORDERED BY THE COURT:**

______________________________
The Honorable Wendy Beetlestone, C.J.

**CERTIFICATE OF SERVICE**

I, Marjorie McMahon Obod, hereby certify that on the 16th day of November, 2026, I caused the foregoing Motion to be filed electronically through the Court's ECF system, where it is available for viewing and downloading. The Motion was served on all parties via the Court's ECF system.

Date: November 16, 2026

*/s/ Marjorie McMahon Obod*
Marjorie McMahon Obod
DILWORTH PAXSON LLP
1650 Market Street, Suite 1200
Philadelphia, Pennsylvania 19103
(215) 575-7000

*Attorney for Defendants, School District of Philadelphia, Richard Gordon, Jeremy Grant-Skinner, Michelle Chapman, and Omar Crowder*